PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Patrick F. PATCHIN |
| **Docket Number:** | 2:01CR00430-01 |
| **Offender Address:** | San Francisco, CA  (City and State Only) |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 01/09/2002 |
| **Original Offense:** | 18 USC 2, 1343 - Aiding and Abetting Wire Fraud (3 counts)<br>(CLASS D Felonies) |
| **Original Sentence:** | 21 months BOP; 3 years supervised release; $300 special assessment; $37,343 restitution. |
| **Special Conditions:** | Search and seizure; financial disclosure; no new credit; drug counseling and testing; alcohol abstention; mental health treatment; no gambling; and no contact with victims. |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | July 11, 2003 |
| **Assistant U.S. Attorney:** | Mark L. Krotoski    **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Mathew C. Bockmon    **Telephone:** (916) 498-5700 |
| **Other Court Action:** | None |

RE:   **Patrick F. Patchin**
      **Docket Number:   2:01CR00430-01**
      <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

---

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

### 1.   IRREGULAR RESTITUTION PAYMENTS

**Details of alleged non-compliance:** Mr. Patchin has been supervised in the Northern District of California since his release from custody.  According to his probation officer, he has been in compliance with all of his conditions of supervision and has made payments toward his restitution to the best of his ability.  The probation officer noted that he has also been making regular monthly payments toward child support.  His current balance is $36,218.

**United States Probation Officer Plan/Justification:** According to the supervising probation officer, the offender has satisfied all special conditions, with the exception of his outstanding restitution balance.  We are requesting his supervised release be allowed to expire as scheduled on July 10, 2006.  The United States Attorney's Office, Financial Litigation Unit will be notified and a copy of the Judgment and Commitment Order will be provided so they may pursue collection as permitted by statute.

RE:   Patrick F. Patchin
      Docket Number:   2:01CR00430-01
      **REPORT OF OFFENDER NON-COMPLIANCE**

Respectfully submitted,

/s/

**TERRI L. WILKINS**
**Senior United States Probation Officer**
Telephone: (916) 930-4320

**DATED:**   June 20, 2006
             Sacramento, California

                      /s/
**REVIEWED BY:**  _____
                  **JOE E. GLASPIE**
                  **Deputy Chief United States Probation Officer**

---

**THE COURT ORDERS:**

( x )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

Date:  June 21, 2006

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

RE: **Patrick F. Patchin**
**Docket Number: 2:01CR00430-01**
**REPORT OF OFFENDER NON-COMPLIANCE**

cc: United States Probation
United States Attorney
Mathew C. Bockmon, Assistant Federal Defender

Attachment: Presentence Report   (Sacramento only)